**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6758**

---

CHUNGA HAKI MATATA,

                                        Plaintiff - Appellant,

        versus

TONY ROBBINS; ANTHONY HOSKINS; DAVID T. PETTY,
JR.,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  William B. Traxler, Jr., District
Judge.  (CA-95-1587-6-21AK)

---

Submitted:  February 27, 1997         Decided:  March 11, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Chunga Haki Matata, Appellant Pro Se.  Barbara Murcier Bowens, OF-
FICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina; Ellis
Branch Drew, III, R. Anthony Hartsoe, WOMBLE, CARLYLE, SANDRIDGE &
RICE, Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Chunga Haki Matata appeals the district court's order denying relief on his civil complaint. We have reviewed the record and the district court order and find no reversible error. We find that the district court properly granted summary judgment to Defendants Robbins and Hoskins. Robbins and Hoskins are entitled to qualified immunity because they held a reasonable belief that Matata's car was subject to seizure. See Harlow v. Fitzgerald, 457 U.S. 800, 815-18 (1982). The district court also properly dismissed the action as to Defendant Petty because the court lacked personal jurisdiction over him. See Helicopteros Nacionales de Colombia, S.A. v. Hall, 466 U.S. 408, 414-15 (1984). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2